O

# United States District Court
# Central District of California

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; THE EMPLOYER TRAINING AND RE-TRAINING FUND,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>EXHIBIT INSTALLATION SPECIALISTS INC.; DOES 1–10, inclusive,<br>　　　　　　Defendants. | Case No. 2:13-cv-08236-ODW(PJWx)<br><br>**ORDER SETTING DEFAULT-JUDGMENT BRIEFING SCHEDULE** |

On March 6, 2014, this action was reassigned to this Court after Defendant Exhibit Installation Specialists Inc. did not to consent to jurisdiction before Magistrate Judge Segal. (ECF No. 12.) Exhibit Installation Specialists failed to answer or otherwise respond after Plaintiffs served it on January 13, 2014. (ECF No. 8.) On February 19, 2014, Judge Segal ordered Plaintiffs to show cause why they had not moved for entry of default with the Clerk of Court against Exhibit Installation Specialists. (ECF No. 9.) But after Plaintiffs moved for entry of default, Judge Segal

denied the Motion, finding that she lacked jurisdiction over the issue due to Defendant's lack of consent. (ECF Nos. 10, 11.)

To ensure an expeditious resolution of this matter, the Court **ORDERS** Plaintiffs to move for entry of default with the Clerk by **Friday, March 14, 2014**. Plaintiffs shall thereafter file an appropriately noticed default-judgment motion not later than **14 days** following the Clerk's entry of default. In the event that Defendant answers during the briefing period, that answer will take precedence. Failure to timely comply this briefing schedule will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

March 6, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2